UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39861 |
|---|---|
| DEBORAH LEE JEFFERY | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 15 | MIDDLETOWN REGIONAL HOSPITAL<br>% GARY H KAUP<br>2 N MAIN STREET SUITE 703<br>MIDDLETOWN, OH  45042 | 69.39 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service                04-39861

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| DEBORAH LEE JEFFERY | HAROLD W WAMPLER I I I | (15.1) |
| --- | --- | --- |
| 8621 LYONS GATE WAY | 1343 WOODMAN DR | MIDDLETOWN REGIONAL HOSPITAL |
| APT A | STE B | % GARY H KAUP |
| MIAMISBURG, OH 45342 | DAYTON, OH 45432 | 2 N MAIN STREET SUITE 703 |
| | | MIDDLETOWN, OH 45042 |

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner                    cs